IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-01686-KLM-BNB

SCOTT A. TEUBER,

      Plaintiff,

v.

DELTA AIRLINES, INC., a corporation,

      Defendants.

---

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**ENTERED BY MAGISTRATE JUDGE KRISTEN  L. MIX**

      This case was referred by Order of Reference Pursuant to 28 U.S.C. § 636(c), signed on September 28, 2010, by Judge Christine M. Arguello and was assigned to Magistrate Judge Kristen L. Mix on the same day.  Pursuant to 28 U.S.C. § 636(c), 28 U.S.C. § 636(b)(1)(A) and (B), and Fed. R. Civ. P. 72(a) & (b),

      IT IS HEREBY **ORDERED** that Magistrate Judge Boyd N. Boland is designated to convene such settlement conferences and direct related procedures as may facilitate resolution of this case. I note that a settlement conference has been set via Scheduling Order [#13] before Magistrate Judge Boland on December 14, 2010 at 9:00 a.m.

      IT IS FURTHER **ORDERED** that the Order of Reference to Magistrate Judge, entered by Judge Christine M. Arguello on July 19, 2010 [Docket No. 2], is **vacated**.

      IT IS FURTHER **ORDERED** that a Final Pretrial Conference is set for **June 2, 2011 at 10:00 a.m.** and will be held by Magistrate Judge Kristen L. Mix in Courtroom C-204, Second Floor, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  The parties shall submit their proposed Final Pretrial Order to Magistrate Judge Mix **five (5) business days** prior to the Final Pretrial Conference date.  All other deadlines and hearings set by the Scheduling Order shall remain in effect, unless reset by further Order of the Court.

      The parties shall take note of the Court's procedure for handling all disputed discovery issues.  No opposed discovery motions are to be filed with the Court until the parties comply with D.C.COLO.LCivR. 7.1(A).  If the parties are unable to reach agreement on a discovery issue after conferring, they shall arrange a conference call with Magistrate Judge Mix to attempt to resolve the issue.  **Both of these steps must be completed before any contested discovery motions are filed with the Court**.

Dated:  September 30, 2010

BY THE COURT:

s/ Kristen L. Mix         
KRISTEN L. MIX
United States Magistrate Judge