IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01686-KLM-BNB

SCOTT A. TEUBER,

    Plaintiff,

v.

DELTA AIRLINES, INC., a corporation,

    Defendants.
_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

    Upon consideration of the Stipulation to Dismiss [Docket No. 21; Filed December 17, 2010] submitted by the parties,

    IT IS HEREBY **ORDERED** that this action is **DISMISSED with prejudice**, each party to bear their own costs and attorney's fees.

    Dated: December 21, 2010

                                    BY THE COURT:

                                    s/ Kristen L. Mix
                                    Kristen L. Mix
                                    United States Magistrate Judge